IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| PAUL A. SMITH, et al., | ) | CASE NO. 1:04 CV 13 |
| Plaintiffs, | ) | |
| v. | ) | JUDGE DONALD C. NUGENT |
| SPRING HILL INTEGRATED LOGISTICS MANAGEMENT, INC., | ) | |
| | ) | ORDER |
| Defendant. | ) | |

This case is before the Court on Defendants' Motion for Summary Judgment. Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendants have petitioned the Court for summary judgment dismissing all of Plaintiffs' claims. For the reasons set forth in this Court's Memorandum Opinion, Defendants' motion is GRANTED.

IT IS SO ORDERED.

*[signature]*
DONALD C. NUGENT
United States District Judge

DATED: October 4, 2005